New York City, for appellant. Robert S. Johnstone, of New York City, for the People.

PER CURIAM. Judgment affirmed.

SCOTT, J., dissents.

LAUGHLIN, J. I dissent from the affirmance, and vote for reversal, and for the discharge of the defendant, on the authority of Thompson v. New Academy Theater Co. (decided March 13, 1912) 149 App. Div. 932, 134 N. Y. Supp. 1148, People ex rel. Cisco v. School Board, 161 N. Y. 598, 56 N. E. 81, 48 L. R. A. 113, and Plessy v. Ferguson, 163 U. S. 537, 16 Sup. Ct. 1138, 41 L. Ed. 256.

---

PEOPLE, Respondent, v. LUND, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) · Proceeding by the People of the State of New York against Victor Lund. No opinion. Motion to dismiss appeal granted.

---

PEOPLE, Respondent, v. MACE, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Proceeding by the People of the State of New York against Abram L. Mace. No opinion. Judgment of conviction affirmed.

---

PEOPLE, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Proceeding by the People of the State of New York against George Miller. (No. 1.) No opinion. Motion to dismiss appeal granted.

---

PEOPLE, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Proceeding by the People of the State of New York against George Miller. (No. 2.) No opinion. Motion to dismiss appeal granted.

---

PEOPLE, Respondent, v. MORAN, Appellant. (Supreme Court, Appellate Division, First Department. January 3, 1913.) Proceeding by the People of the State of New York against Charles F. Moran. O. F. Kingsley, of New York City, for appellant. R. S. Johnstone, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

---

PEOPLE, Respondent, v. NAIMARK, Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Proceeding by the People of the State of New York against Max Naimark.

PER CURIAM. Motion for resettlement denied. The decision in this case was made in the exercise of the discretionary power conferred upon the court by section 527 of the Code of Criminal Procedure, which provides that a new trial may be granted when deemed to be required in the interests of justice. See, also, 139 N. Y. Supp. 418.

JENKS, P. J., not voting.

---

PEOPLE, Respondent, v. NAWROCKI, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Proceeding by the People of the State of New York against Adalbert Nawrocki. No opinion. Motion to dismiss appeal granted.

---

PEOPLE, Respondent, v. PARISI, Appellant, et al. (Supreme Court, Appellate Division, First Department, January 31, 1913.) Proceeding by the People of the State of New York against Frank Parisi, impleaded with others. L. O. Reilly, of Mount Olive, Ill., for appellant. G. Z. Medalie, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

---

PEOPLE, Respondent, v. RIZZO, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Proceeding by the People of the State of New York against Donato Rizzo. No opinion. Judgment of conviction of the County Court of Kings County affirmed by default.

---

PEOPLE, Respondent, v. ROTHSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Proceeding against the People of the State of New York against Aaron Rothstein. No opinion. Motion to dismiss appeal granted.

---

PEOPLE, Respondent, v. SCHMIDT, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1913.) Proceeding by the People of the State of New York against John Schmidt. No opinion. Judgment of conviction of the County Court of Kings County affirmed.

---

PEOPLE, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1913.) Proceeding by the People of the State of New York against Thomas F. Smith. W. Armstrong, of New York City, for appellant. L. Fabricant, of New York City, for respondent. No opinion. Judgment and order affirmed. Order filed.

---

PEOPLE v. STEINKREUTZER. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Proceeding by the People of the State of New York against Idisor Steinkreutzer. No opinion. Motion granted; time extended 30 days. Settle order on notice.

---

PEOPLE, Respondent, v. STORCH, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Proceeding by the People of the State of New York against Victor Storch. No opinion. Motion to dismiss appeal granted.

---

PEOPLE, Respondent, v. SWITSKY, Appellant. (Supreme Court, Appellate Division, Sec-